**WO**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America ) | Magistrate No. 08-0142M |
| )  Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Mario Velasquez-Coronado, ) <br> a.k.a.: Mario Torres, ) <br> a.k.a.: Roberto Perez-Munoz, ) | ORDER RE: EXTENDING TIME TO INDICT |
| ) | |
| Defendant. ) | |
| _____ ) | |

HAVING considered Defendant's Motion to Extend Time and good cause having been shown;

THE COURT makes the following findings:

1. Counsel for defendant has only recently been appointed;

2. The defendant earnestly wishes to enter into the plea offer extended by the government and indeed has signed the government's proffered plea agreement;

3. The plea agreement also disposes of the defendant's supervised release violation, which has not yet been charged;

4. The government's plea agreement would likely reduce defendant's exposure to a significant term of imprisonment;

5. If the defendant does not timely enter into plea agreement prior to indictment, the government will withdraw said plea offer and any subsequent plea offer after indictment would likely be less advantageous to the defendant;

6. Failure to extend time for indictment in this instance would thus operate to bar defendant from entering into his agreed-upon plea; and

/ / /

7.   The ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy indictment.

**IT IS HEREBY ORDERED** that defendant's Motion to Extend Time for Indictment requesting an extension of thirty (30) days within the government may seek to indict defendant, is hereby granted.

**IT IS FURTHER ORDERED** that pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, the Government shall have an extension of thirty (30) days to file a timely Indictment. Excludable time shall begin to run on the 31st day after arrest for a period of thirty (30) days in which the Government may present the case to the grand jury.

DATED this 6th day of May, 2008.

_____
Lawrence O. Anderson
United States Magistrate Judge